IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RICK BREMMER,<br><br>                Plaintiff,<br><br>    vs.<br><br>APPLETON ELECTRIC, LLC,<br><br>               Defendant. | **8:15CV329**<br><br>**ORDER** |

The court has conferred with counsel concerning several issues that will impact the appropriate manner of presenting this case to a jury and the scope of issues to be tried. Rulings have been entered in parallel cases that were not before undersigned magistrate judge, and I need to review those rulings and confirm that the issues tried in this case will not pose a risk of conflicting with final judgments entered by other courts. Given the complexity of the pending issues, the court needs briefing by counsel and an ability to fully consider the legal and factual issues before this case is tried. And those steps cannot be completed before the currently set June 5, 2017 trial date.

Accordingly, <u>over the objection of counsel for the parties</u>,

IT IS ORDERED:

1)     The trial and pretrial conference settings are vacated pending further order of the court.

2)     All unexpired case progression deadlines are stayed pending further order of the court.

3) On or before May 2, 2017, the parties shall provide a listing of the issues which must be determined prior to the pretrial conference and trial along with a proposed briefing schedule for the court's resolution of those issues.

April 21, 2017.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge